UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:21-cv-81121-KAM

**NELSON FERNANDEZ**,

      Plaintiff,

vs.

**LIQUOR MANAGEMENT, LLC d/b/a**
**CROWN WINE & SPIRITS, a**
**Florida limited liability company,**

      Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

Plaintiff, NELSON FERNANDEZ ("Plaintiff"), and Defendant, LIQUOR

MANAGEMENT, LLC d/b/a CROWN WINE & SPIRITS ("Defendant ") (Plaintiff and

Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys,

and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a

dismissal of this action in its entirety *with prejudice*.   The Parties shall bear their own attorneys'

fees, costs, and expenses.   All Parties consent to the form and content of this Stipulation.

      Dated:  September 20, 2021

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 North Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL  33351-7919 | 4640 N.W. 7th Street |
| T: 954/362-3800 | Miami, FL 33126-2309 |
| Email: rhannah@rhannahlaw.com | T: 305/266-9780 |
| | Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____ | |
|    RODERICK V. HANNAH | By ___*s/ Pelayo M. Duran*_____ |
|    Fla. Bar No. 435384 |    PELAYO M. DURAN |
| |    Fla. Bar No. 0146595 |

**SHUTTS & BOWEN LLP**
Counsel for Defendant
200 South Biscayne Boulevard, Suite 4100
Miami, FL  33131-7337
(305) 347-7337
rllorens@shutts.com

By: _*s/ Rene Gonzalez-Llorens*_
     RENE GONZALEZ-LLORENS
     Fla. Bar No. 53790