UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-81121-CIV-MARRA

NELSON FERNANDEZ,

      Plaintiff,

vs.

LIQUOR MANAGEMENT, LLC d/b/a
CROWN WINE & SPRITS,
a Florida limited liability company,

      Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' joint stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed September 20, 2021 [DE 13], which pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), operates as a self-executing document and dismisses the case with prejudice upon filing.

It is accordingly **ORDERED AND ADJUDGED**:

As this case has now effectively been dismissed by voluntary notice of the parties, pursuant to Fed. R. Civ. P. 41, the Clerk of the Court is directed to enter this case as **CLOSED** and terminate any pending motions as **MOOT.**

**DONE AND SIGNED** in Chambers at West Palm Beach, Florida this 20th day of September, 2021.

KENNETH A. MARRA
United States District Judge

cc. all counsel